CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 28 2017

JULIA C. DUDLEY, CLERK
BY: H McDonaee
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| GARY WALL,<br>    Plaintiff, | ) )<br>) | Civil Action No. 7:17-cv-00385 |
| v. | ) )<br>) | **DISMISSAL ORDER** |
| E. RASNICK, et al,<br>    Defendant(s). | ) )<br>) | By:   Jackson L. Kiser<br>        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 28th day of September, 2017.

                                                                                  Senior United States District Judge