CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 10 2017

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

INMATE CONSENT FOR WITHHOLDING OF PAY
FOR ASSESSED FILING FEE FOR THE WESTERN DISTRICT OF VIRGINIA

GARY WALL,
    Plaintiff,

Civil Action No. 7:17-cv-00385

v.

E. RASNICK, ET AL,
    Defendant(s).

# CONSENT TO FEE

I, GARY WALL, 1133749, hereby consent for the appropriate prison officials to withhold from my prison account an initial payment of **$0.00** and to collect on a continuing basis each month, an amount no more than 20% of each prior month's income, until such time as the filing fee of **$350.00** has been collected in full. Each time the collection of payments reaches the amount of $10.01, the Trust Officer shall forward the interim payment to the Clerk's Office, U. S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208, until such time as the fees are paid in full. <u>By executing this document, I also authorize withholding of any amount of costs, sanctions, and/or fees which may be imposed by the Court as a result of or during this litigation.</u>

I agree that if I am transferred prior to payment of the full fee, the balance owing will be reported to the new institution with directions to continue the withdrawal of funds until the entire fee is paid. Payment will continue, if necessary, after resolution of this action until the full filing fee is paid.

_____
SIGNATURE OF PLAINTIFF  *Gary Wall #1133749*

DATE  *September 6th, 2017*

***After signing this form, I understand that I am to send it back to the Court for processing to: Clerk, U.S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208.

"LEGAL MAIL"

Name: [illegible] #1833749
c/o Red Onion State Prison
Post Office Box 1900
Pound, Virginia 24279-1900

RECEIVED
OCT 0 6 2017
MAILROOM

VA DOC HAS NEITHER CENSORED OR
INSPECTED THIS ITEM. THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

To: United States District Court Clerk;
(of the Western District of Virginia)
210 Franklin Road, S.W. Suite 540
Roanoke, Virginia 24011-2208

ZIP 24279
02 4W
0000337008 OCT. 06 2017
U.S. POSTAGE >> PITNEY BOWES
$ 000.46°

24011#2208 C009