Case 7:17-cv-00385-JPJ-PMS Document 33 Filed 03/13/18 Page 1 of 1 Pageid#: 150

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Sonya
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF VIRGINIA

name: MR. GARY WALL
number: 1133749
Place of Confinement: Red Onion State Prison,
Post Office Box 1900, Pound, VIRGINIA 24279-1900

dated: MARCH 1st 2018

MR. GARY WALL #1133749
Plaintiff
v.
E. RASNICK; Correctional Officer of R.O.S.P.; et alii;
defendant(s)

Civil action 7:17-cv-00385

IN RE: DECLARATION FOR ENTRY OF DEFAULT

I, MR. GARY WALL #1133749, hereby declares:

I am the plaintiff herein. The Complaint herein was filed on the 17th of August 2017.

The Court files and records herein show that the defendants were served by the United States Marshal with a Copy of Summons, and a Copy of the Plaintiff's Complaint on the 8th of November 2017, Except for defendants: C. DOCKERY; B. AKERS; and S. TAYLOR, who were Served on the 16th of JANUARY 2018, and defendant C. Bishop, whom has yet to be Served.

More than 105 days have elapsed since the date on which the defendants herein were Served with Summons and a Copy of the Plaintiff's Complaint, excluding the date thereof.

The defendants have failed to Answer or otherwise defend as to plaintiff's Complaint, or serve a Copy of any answer or any defense which it might have had, upon affiants or any other plaintiff herein.

Defendants are NOT in the military Service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and Correct.
EXECUTED at: POUND, VIRGINIA, on: MARCH 1st 2018

dated: 3/1/18

Gary Wall #1133749
Respectfully Submitted

CERTIFICATE OF SERVICE

I hereby Certify that on this 4th day of MARCH 2018, I mailed a Copy of the foregoing: DECLARATION FOR ENTRY OF DEFAULT; to respondants: UNITED STATES DISTRICT COURT CLERK; 210 FRANKLIN ROAD, S.W. Suite-540, ROANOKE, VIRGINIA 24011-2208, by first Class Mail.

Gary Wall #1133749
Respectfully Submitted

(1)  (Page: one of: 1)