IN THE UNITED STATES DISTRICT of the WESTERN DISTRICT of VIRGINIA

Name: MR. GARY WALL
Number: 1133749
Place of Confinement: RED ONION STATE PRISON,
Post Office Box 1900, POUND, VIRGINIA 24279-1900

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 23 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

dated: APRIL 15th 2018

MR. GARY WALL #1133749
Plaintiff

V.

E. RASNICK, Correctional Officer of R.O.S.P.;
J. HICKS, Correctional Officer of R.O.S.P.; et alli;
defendant(s)

Civil action no. 7:17-cv-00385

IN RE: PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to RULE 26, and RULE 34, of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff requests that the defendants produce the following documents. Please produce the documents to plaintiff at: RED ONION STATE PRISON, Post Office Box 1900, POUND, VIRGINIA 24279-1900; or at such place as all parties shall hereafter agree. Please note that the term "DOCUMENTS" is defined broadly in Federal Rules of Civil Procedure, RULE 34(a)(1), and includes regulations, memorandums, correspondences, and E-mails.

1. All documents that contain, mention, construe, or refer to policies on Staffs' use of force and four-point restraints in the Virginia Department of Corrections, to include, but not limited too:

    - Operational Procedures: 420.2, (SECURITY) USE OF RESTRAINTS,    160.2, Training and Development
                               0.30.1; EVIDENCE COLLECTION and PRESERVATION,
                               030.4; SPECIAL INVESTIGATIONS UNIT, and
                               135.1, OFFICERS CODE OF CONDUCT.
                               0.38.1, REPORTING SERIOUS INCIDENTS.

2. All documents that evidence, mention, or refer to the altercation on August 14th 2015, in ALPHA-100 pod, at Red Onion State Prison involving Offender G. WALL #1133749, including but not limited too:

    Medical Records;
    Investigative Report Case file #1504 23 RED (to include RAPID-EYE Video footage);
    Criminal Case file # 19SCR16F000-15-00, and 01, In the WISE COUNTY CIRCUIT COURT;
    Internal Incident Reports: ROSP-2015-100965,   ROSP-2015-000968,   ROSP-2015-000931;
                               ROSP-2015-000966,   ROSP-2015-000969,   ROSP-2015-000932;
                               ROSP-2015-000967;   ROSP-2015-000980;   ROSP-2015-000933;

    Any other investigative materials and documents relating to subsequent inmate and Staff discipline, if any.

3. The Complete Contents of Plaintiff's file from: August 13th 2015, until present date of this response, including but not limited too:

    Operational Procedure 050.3, Facility Release of Offenders (ATTACHMENT #9) Form;
    NOTICE OF AN I.C.A. HEARING (DOC-11 G) form for hearings dated: 8/14/15, and 8/29/15;
    FORMAL I.C.A. (DOC-11 H) forms for hearings dated: 8/17/15, and 9/1/15; and

(CONTINUED ON NEXT PAGE)

(1)           (Page one of: 2)

(CONTINUATION OF: PARAGRAPH #3; from page: one)
All Medical and Mental Health records (including 8/16/15, X-Rays of Plaintiff's left hand, wrist and head) done at Wallens Ridge State Prison.

4. All incident reports that evidence, mention, or refer to incidents of Staff on Offender assault (while fully restrained or in restraints) or the excessive use of force (i.e. use of O.C. Gas, canines, and/or four-point-restraints) at Red Onion State Prison that have occurred since: August 2013, until present date of this response.

5. All documents written or Created Since August 2013, that contain; mention, construe, or refer to any inspection, inquiry, or complaint about the use of excessive force by Staff and/or assault by Staff on Offenders while fully restrained, whether formal or informal, Official or Unofficial, including inmate, Staff, and Civilian Grievances, Complaints Petitions or Appeals, and including responses to such documents prepared by Red Onion State Prison, the Virginia Department of Corrections, Staff or their agents.

6. All other documents, items of evidence, sworn or unsworn Statements or affidavits that relates to the August 14 2015, incident or allegations made by in the Plaintiffs Complaint to include but not limited too:

All Still Pictures of Offender G. Wall #1133749, taken at R.O.S.P. (Removal from four-point restraints);
All Still Pictures of Offender G. Wall #1133749, taken at W.R.S.P. (upon arrival on 8/14/15);
SONY Handheld Camera footage of Offender G. Wall #1133749, initial Strap-Down in four-point restraints on 8/14/15;
SONY Handheld Camera footage of Offender G. Wall #1133749, removal from four-point restraints on 8/14/15;
➤ RAPID-EYE VIDEO FOOTAGE OF: ALPHA-100 pod on 8/14/15, at approx. 4:08 pm.;
A&B Bulivard on 8/14/15, at approx. 4:00 - 4:30 pm;
BRAVO-300 pod, on 8/14/15, at approx. 4:11 - 4:45 pm;
ALPHA-100 pod, on 8/14/15, at approx. 4:00 - 4:45 pm;
ALPHA-1,2,&3's Vestibule on 8/14/15, at approx. 4:00 - 4:30 pm;
BRAVO-1,2,&3's Vestibule on 8/14/15, at approx. 4:00 - 4:45 pm;
BRAVO-300, Cell (Strap-Down Cell) on 8/14/15, at approx. 4:00 - 4:45 pm.

dated: April 15th 2018

Garry Wall #1133749
Respectfully Submitted

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of APRIL 2018, I mailed Two(2) Copies of the foregoing: PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS; to respondents: THE UNITED STATES DISTRICT COURT CLERK; 210 FRANKLIN ROAD, S.W. Suite-540, ROANOKE, VIRGINIA 24011-2208, by first Class mail.

Garry Wall #1133749
Respectfully Submitted

(2)      (page: two of: 2)