name: MR. GARY WALL
number: 1133749
Place of Confinement: Red Onion State Prison,
Post Office Box 1900, Pound, VIRGINIA 24279-1900

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 17 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Taylor
DEPUTY CLERK

dated: MAY 9th 2018

MR. GARY WALL #1133749
Plaintiff
v.
E. RASNICK, Correctional Officer of R.O.S.P.; et alii;
defendant(s)

Civil action no. 7:17-cv-00385

IN RE: PLAINTIFF'S INITIAL DISCLOSURE IN ACCORDANCE WITH ORDER,
dated: APRIL 17th 2018, UNDER FED. R. CIV. P. RULE 26 (a)(1)(A)(ii)

Now comes MR. GARY WALL #1133749, pro se, Plaintiff submitting INITIAL DISCLOSURE IN ACCORDANCE WITH ORDER, dated: APRIL 17th 2018, UNDER FED. R. CIV. P. RULE 26 (a)(1)(A)(ii), on record as ECF. no. 41, in the above Stated Civil action.

Description by category and location of Documents:

105-A, charge R.O.S.P.-2015-1481
Request for Documentary Evidence form
Second Request for Documentary Evidence form
Witness Request form
Disciplinary Hearing Tape #1481 (*Request #5, of SECOND REQUEST FOR DOCUMENTS)
Notice of Postponement, dated: 8/28/15
Notice of Postponement, dated: 9/2/15
Level-I, Disciplinary appeal to 105-A, charge (#1481)
Level-I, Response package for 105-A, charge (#1481)
Level-II, Disciplinary appeal to 105-A, charge
Level-II, Response to Disciplinary appeal to 105-A, charge

129, charge R.O.S.P.-2015-1480
Request for Documentary Evidence form
Second Request for Documentary Evidence form
Third Request for Documentary Evidence form
Witness Request form
Notice of Postponement, dated: 8/28/15
Notice of Postponement, dated: 9/2/15
Disciplinary Hearing Tape #1480 (*Request #5, of SECOND REQUEST FOR DOCUMENTS)
Level-I, Disciplinary appeal to 129, charge (#1480)
Level-I, Response package for 129, Charge
Level-II, Disciplinary appeal to 129, Charge (2 pages)

229, charge ROSP-2015-1485

(CONTINUED ON NEXT PAGE)

(1)  (page one of: 5)

cc: file
PLAINTIFFS' INITIAL DISCLOSURE IN ACCORDANCE WITH ORDER, dated: APRIL 17th 2018, UNDER FED. R. Civ. P. RULE 26 (a)(1)(A)(ii)
Continuation of first page

Reporting Officers Response form (2 pages)
Witness Request form
Disciplinary Hearing Tape #1485 (229, charge) (*Request #5, of SECOND REQUEST FOR DOCUMENTS)
Level-I, Disciplinary appeal to 229, charge (#1485)
Level-I, Response Package for 229, charge

201, charge ROSP-2015-1483
Reporting Officers Response form
Request for Documentary Evidence form
Disciplinary Hearing Tape #1483 (201, charge) (*Request #5, of SECOND REQUEST FOR DOCUMENTS)
Level-I, Disciplinary appeal to 201, charge (#1483)
Level-I, Response package for 201, charge

105-A, charge ROSP-2015-1503
Request for Documentary Evidence form
Second Request for Documentary Evidence form
Disciplinary Hearing Tape #1503 (on CORIS as ROSP-2015-1203) (*Request #5, of SECOND REQUEST FOR DOCUMENTS)
Level-I, Disciplinary appeal to 105-A, charge (#1503)
Level-I, Response package for 105-A, charge (#1503)
Level-II, Disciplinary appeal to 105-A, charge (#1503)
Level-II, Response to Disciplinary appeal to 105-A, charge
Letter to Level-II, about 105-A, charge appeal response to Case #1503, dated:

Regular Request form to W.R.S.P. Inmate Hearings Officer, dated: 8/16/15
Regular Request form to W.R.S.P. Inmate Hearings Officer, dated: 8/17/15

I.C.A. NOTIFICATION HEARING FORM (DOC-11 G), dated: 8/14/15 (W.R.S.P. arrival)

I.C.A. NOTIFICATION HEARING FORM (DOC-11 G), dated: 8/27/15 (Security Level increase)
I.C.A. DISPOSITION Security Level increase (DOC-11 H) FORM, dated: 9/1/15 (2 pages)
I.C.A. (DOC-11 H) FORM, dated: 9/10/15
G.C.A. CLASS LEVEL EVALUATION SHEET, dated: 8/31/15
SECURITY LEVEL RECLASSIFICATION SHEET, dated: 8/31/15
I.C.A. (DOC-11 H) FORM, dated: 11/17/15 (R.O.S.P. arrival)
I.C.A. APPROPRIATE HOUSING REVIEW (DOC-11 H) GRIEVANCE APPEALS:
 # ROSP-16-REG-00084 (including Level-III, appeal)
 # ROSP-16-REG-00253
  UNPROCESSED GRIEVANCE to: 9/2/2016, I.C.A. HEARING
 # ROSP-16-REG-00479
 # ROSP-17-REG-00076 (including UNPROCESSED GRIEVANCE, dated: 2/8/2017
  I.C.A. (DOC-11 H) FORM, dated: 5/1/17

(CONTINUED ON NEXT PAGE)

cc: file
PLAINTIFFS' INITIAL DISCLOSURE IN ACCORDANCE WITH ORDER, dated: APRIL 17th, 2018, UNDER FED.R.Civ.P. RULE 26(a)(1)(A)(ii)
Continuation of Second page

# ROSP-17-REG-00301
# ROSP-17-REG-00253
# ROSP-17-REG-00359
# ROSP-17-REG-00432

CERTIFICATE OF COMPLETION of the "CHALLENGE SERIES" BOOKS, dated: 3/6/17

Regular Request Form to (W.R.S.P.) Grievance Dept., dated: 8/17/15
Informal Complaint # 01297 (Excessive Force/Assault)
INITIAL GRIEVANCE # 00428
Letter to Regional Administrator, dated: 10/23/15
GRIEVANCE LEVEL-II, Appeal: CERTIFICATE OF SERVICE for #00428, Grievance
RECEIPT TO GRIEVANCE # 00428
Letter to WESTERN REGIONAL, dated: 2/5/16


Informal Complaint # 01954 (Not Receiving responses back)
Grievance # 00029
"IN-TAKE" Appeal, dated: 12/31/15
Level-I, Response & Level-II, appeal
Level-II, Response
Level-III, appeal
Level-III, appeal Response


Informal Complaint # 12931 (Not receiving I.C.A. Hearings at W.R.S.P.)
Informal Complaint Receipt
UNPROCESSED REGULAR GRIEVANCE, dated: 9/20/15
"IN-TAKE" Appeal, dated:
Letter to Inspector General, dated: 10/4/15 (about Affidavit & Missing property)
AFFIDAVIT OF: GARY WALL #1137749, an incident to S.I.U., dated: 8/26/15 (5 pages)
Letter to Inspector General, dated: 1/17/16
S.I.U. Investigative Report Case # 150423 RED
    *to included: J. Hicks' written Statement, dated: 8/25/15; and
        E. RASNICK'S written Statement, dated: 11/15/15
        INCIDENT REPORT # ROSP-2015-00126
        IIR # ROSP-000964
        IIR # ROSP-000965
        IIR # ROSP-000966
        IIR # ROSP-000967
        IIR # ROSP-000968
        IIR # ROSP-000969
        IIR # ROSP-000970
        IIR # ROSP-000971

(CONTINUED ON NEXT PAGE)

cc: file
Case 7:17-cv-00385-JPJ-PMS Document 46 Filed 05/17/18 Page 4 of 5 Pageid#: 216
PLAINTIFFS' INITIAL DISCLOSURE IN ACCORDANCE WITH ORDER, dated: APRIL 17=2018, UNDER FED.R.CIV.P. RULE 26(a)(1)(A)(ii)
Continuation of Third page

IIR # ROSP-000972
IIR # ROSP-000973
IIR # ROSP-000975
IIR # ROSP-000978
IIR # ROSP-000979
IIR # ROSP-000980
IIR # ROSP-000981
IIR # ROSP-000982
IIR # ROSP-000983

MENTAL HEALTH CODING CLASSIFICATION REVIEW/UPDATE (DOC-MH-18) FORM, dated: 4/24/14
MENTAL HEALTH SCREENING: SPECIAL HOUSING ASSIGNMENT (DOC MH-14) FORM, dated: 4/24/14
PSYCHIATRY PROGRESS NOTE, dated: 4/4/14

MENTAL HEALTH CODING CLASSIFICATION REVIEW/UPDATE (DOC MH-18) FORM, dated:
MENTAL HEALTH SCREENING: SPECIAL HOUSING ASSIGNMENT (DOC MH-14) FORM, dated:
PSYCHIATRY PROGRESS NOTE, dated:
MENTAL HEALTH REQUEST, dated: 6/13/17

MEDICAL COMPLAINT & TREATMENT FORM (R.O.S.P.), dated: 8/14/15
MEDICAL COMPLAINT & TREATMENT FORM (W.R.S.P.), dated: 8/14/15 (2 pages)

MEMORANDUM FROM DIRECTOR, concerning 861.1, dated: 11/24/15
Letter to DIRECTOR (LOG # DOC_2016_00044670), dated: 12/22/15
DIRECTORS RESPONSE
REQUEST FORM TO OPERATIONS MANAGER, dated: 9/25/16

OPERATIONAL PROCEDURE 861.3; SPECIAL HOUSING.
OPERATIONAL PROCEDURE 830.1; FACILITY CLASSIFICATION MANAGEMENT.
OPERATIONAL PROCEDURE 830.5; TRANSFERS; FACILITY REASSIGNMENTS.
OPERATIONAL PROCEDURE 861.1; OFFENDER DISCIPLINE, dated: 9/1/11
LOCAL PROCEDURE 830.A; STEP-DOWN PROGRAM
OPERATING PROCEDURE 841.4; RESTRICTIVE HOUSING

INCLUDING ANY DOCUMENTS OBTAINED IN DISCOVERY SUCH AS:
INITIAL DISCOVERY REQUEST #1, "SPECIFIC" Operational Procedures;
INITIAL DISCOVERY REQUEST #2, Criminal Case file #195 CR16F00055-00, and 01 from Wise County Circuit Court; S.I.U. Report #150423RED etc.)
SECOND DISCOVERY REQUEST #4, ~~Insurance compensation Information~~ Prior Health Records of Defendant E. RASNICK, before 8/14/15.
SECOND DISCOVERY REQUEST #3, Any Disciplinary Action(s) against Defendants while employed with VADOC
SECOND DISCOVERY REQUEST #4, 830.A attachment F & #2
SECOND DISCOVERY REQUEST #5, Disciplinary Hearing Tapes Conducted on W.R.S.P.

(CONTINUED ON NEXT PAGE)

cc: file
PLAINTIFFS INITIAL DISCLOSURE IN ACCORDANCE WITH ORDER, dated: APRIL 17, 2018, UNDER FED. R. CIV. P. RULE 26(a)(1)(A)(ii)
continuation of fourth page

REQUEST FOR ADMISSION RESPONSE (INITIAL)

INTERROGATORIES OF: J. DEEL
INTERROGATORIES OF: LT. L. COLLINS
INTERROGATORIES OF: SGT. T. LARGE
INTERROGATORIES OF: LT. J. LYALL
INTERROGATORIES OF: E. RASNICK
INTERROGATORIES OF: B. AKERS
INTERROGATORIES OF: E. HESS

## VIDEO REQUESTED RECORDINGS

ALPHA-100 pods RAPID-EYE Security Camera footage, at approx. 4:00 pm on 8/14/15.
ALPHA-100 pods STATIC Camera (showing Cells 11 through 20) at approx. 4:00 pm on 8/14/15.
ALPHA-100 pods STATIC Camera (showing Cells 1 through 10) at approx. 4:00 pm on 8/14/15.
ALPHA-~~Building~~ 1, 2, & 3, Vestibule area at approx. 4:00 pm on 8/14/15.
ALPHA-~~Building~~ 1, 2, & 3, Sides Entry way at approx. 4:00 pm on 8/14/15.

ALPHA & BRAVO yards RAPID-EYE Security Camera at approx. 4:00 pm on 8/14/15

BRAVO BUILDINGS 1, 2, & 3, Vestibule STATIC Camera at approx. 4:10 pm on 8/14/15.
BRAVO-300 pods RAPID-EYE Security Camera at approx. 4:10 pm on 8/14/15.
BRAVO CELL-308, STATIC Camera (INSIDE of CELL) at approx. 4:10 pm on 8/14/15.

SONY HAND HELD Camera Video footage on 8/14/15 (#ROSP-0814 2015-1133749-1)
SONY HAND HELD Camera Video footage on 8/14/15 (TAPE # ROSP-08142015-1133749-2)

ALL STILL PHOTOS of Offender G. WALL #1133749, by R.O.S.P. on 8/14/15 (before being removed from four-point restraints)
ALL STILL PHOTOS of Offender G. WALL #1133749, by W.R.S.P. on 8/14/15 (upon arrival to institution while in Medical)

ALL X-RAYS of Offender G. WALL #1133749, LEFT HAND; WRIST; AND HEAD on 8/15/15, at W.R.S.P.

dated: 5/9/18

Garry Wall #1133749
(P.O.) Red Onion State Prison
Post Office Box 1900
Pound, Virginia 24279-1900

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of MAY 2018, I mailed a copy of the foregoing: PLAINTIFFS INITIAL DISCLOSURE IN ACCORDANCE WITH ORDER, dated: 4/17/18, UNDER FED. R. Civ. P. RULE 26(a)(1)(A)(ii); to respondents: UNITED STATES DISTRICT COURT CLERK; 210 FRANKLIN ROAD, S.W. SUITE-540, ROANOKE, VIRGINIA 24011-2208, by first class mail.

Garry Wall #1133749
Respectfully Submitted

[5] (page five of 5)