IN THE UNITED STATES DISTRICT COURT of the WESTERN DISTRICT of VIRGINIA

Name: MR. GARY WALL
Number: 1133749
Place of Confinement: Red Onion State Prison,
Post Office Box 1900, POUND, VIRGINIA 24279-1900

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 17 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK
dated: MAY 7th 2018

MR. GARY WALL #1133749
Plaintiff
v.
E. RASNICK; Correctional Officer of R.O.S.P.; et alii;
Defendant(s)

Civil Action No. 7:17-cv-00385

IN RE: PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF
DOCUMENTS BEFORE DEAD-LINE

Now comes, MR. GARY WALL #1133749, pro se, Plaintiff requesting a SECOND REQUEST FOR PRODUCTION OF DOCUMENTS before the JUNE 25th 2018, DISCOVERY DEAD-LINE in the COURT ORDER, dated: APRIL 17th 2018, docket entry #41. Pursuant to Rules 26 and 34, of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff request the defendants to produce the following Documents:

1. All Documents that contain, mention, construe, or refer to any insurance agreement or arrangement according to which an insurance Company or other person or entity will Guaranty, act as a Surety for, or otherwise bear any responsibility for litigating this action, including but not limited to paying the defendants' attorney fees, Cost, or out of pocket expenses, or paying for any monetary or injunctive relief Ordered as part of a Court or Consent judgment.

2. In accordance with FED. R. Civ. P. RULE #34(a)(b)(2), Measurements and Pictures of ALPHA-100 pods, Vestibule/Entry ways WALL (on right side) to Vestibule or pod Camera's range and the ALPHA-100 pods BOOTH, to the Lt. Office.

3. Any Disciplinary Actions against Defendants: E. RASNICK; J. HICKS; L. COLLINS; T. LARGE; B. AKERS; S. TAYLOR; and D. STILL, during employment with the Virginia Department of Corrections.

4. Defendant E. RASNICK's prior Health records (See if he had injury to Knee before incident on 8/14/15).

5. Disciplinary Hearing tapes of Hearings: #1503; #1480; #1481; #1483; and #1485, conducted at W.R.S.P.

6. Memorandums dated: APRIL 2013, and AUGUST 2013, also NOVEMBER 24 2015, concerning STEP-DOWN PROGRAM and REVISION TO 861.1. ALSO provide Plaintiff ATTACHMENT E, from the Orientation package of STEP-DOWN PROGRAM in accordance with LOP-830.A II B #1(b).

7. 830.A attachment #2, of Offender G. WALL #1133749, from 11/19/15, until Present date (Showing "Poors" received during Participation in STEP-DOWN PROGRAM).

dated: 5/7/18

Gary Wall #1133749
Respectfully Submitted

(CONTINUED ON NEXT PAGE)

(1) (Page one of 2)

PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS BEFORE 6/25/18, Dead-line
Continued from page: one

# CERTIFICATE OF SERVICE

I, __MR GARY WALL #1133749__, hereby certify that on __MAY 8th 2018__, I
   [name]                                                [date]

served copies of __SECOND REQUEST FOR PRODUCTION OF DOCUMENTS IN CASE: 7:17-cv-00385__
                  [name of document]

on the following parties by way of __U.S. Mail (Institutional Indigent Legal Mail Loan)__
                                    [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

cc  UNITED STATES DISTRICT COURT CLERK,        cc  ATTORNEY GENERAL'S OFFICE
    (of the WESTERN DISTRICT of VIRGINIA)          (ATTN: Ms. Margaret Hoehl O'Shea, VSB #66611)
    210 FRANKLIN ROAD, S.W. Suite-540              Criminal Justice & Public Safety Division
    ROANOKE, VIRGINIA 24011-2208                   202 North 9th Street
                                                   RICHMOND, VIRGINIA 23219
                                                   (Counsel for the named Defendants)

__May 8th 2018__                                __Gary Wall #1133749__
Date                                            Signature

(2)   (Page: Two of: 2)                                      (Rev 10/03)

"LEGAL MAIL"

Anthony ("Legal Correspondence")

Henry Wall #1133749
c/o Red Onion State Prison
Post Office Box 1900
Pound, Virginia 24279-1900

RECEIVED
MAY 11 2018
MAILROOM

VA DOC HAS NEITHER CENSORED OR
INSPECTED THIS ITEM. THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS
PM 3 L

To: United States District Court Clerk
(of the Western District of Virginia)
210 Franklin Road, S.W. Suite-540
Roanoke, Virginia 24011-2206



U.S. POSTAGE >> PITNEY BOWES
ZIP 24279 $ 000.47⁰
02 4W
0000337008 MAY 11 2018

24011822208 C009