IN THE UNITED STATES DISTRICT COURT for the WESTERN DISTRICT of VIRGINIA

name: MR. GARY WALL
number: 1133749
Place of Confinement: RED ONION STATE PRISON,
Post Office Box 1900, POUND, VIRGINIA 24279-1900

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 18 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

dated: June 12th 2018

MR. GARY WALL #1133749
Plaintiff
v.

E. RASNICK, Correctional Officer of R.O.S.P., et. alli;
defendant(s)

Civil action no. 7:17-cv-00385

IN RE: MOTION TO COMPELL "SPECIFIC" REQUESTED DISCOVERY BEFORE JUNE 25th 2018; DISCOVERY DEAD-LINE

Now comes MR. Gary Wall #1133749, pro se, Plaintiff moves pursuant to RULE 34(b) and 37(a), FED. R. Civ. P., for an ORDER compelling the defendants to produce for inspection and Copying the "Specific" Video footage/Documents initially requested on APRIL 16th 2018, and in SECOND REQUEST FOR PRODUCTION OF DOCUMENTS requested on MAY 8th 2018; as follows:

Video footage: → ALPHA & BRAVO's Bulivards RAPID-EYE Camera footage on 8/14/15, at approx. 4:10 pm.;
→ BRAVO 1, 2, & 3's Vestibule RAPID-EYE Camera footage on 8/14/15, at approx. 4:10 pm.;
→ BRAVO 300 pods' RAPID-EYE Camera footage on 8/14/15, at approx. 4:10 pm.;
→ BRAVO-303 Cell Camera footage on 8/14/15, at approx. 4:10 pm.;
→ SONY HandHeld Video footage of G. WALL #1133749, Removal from four-point restraints by W.R.S.P.;
→ Still Pictures of G. WALL #1133749, injuries taken at W.R.S.P.;
→ X-Rays of G. WALL #1133749, Left hand, wrist, and Head injuries, and
→ Investigative Report #150423 RED's Video footage with Report.

Documentations: → Pages 2 and 4, of G. WALL #1133749, written statement;
→ DOC-17 G (NOTICE OF I.C.A. HEARING) form dated: 8/14/15, at W.R.S.P. and 8/27/15, at W.R.S.P. (for I.C.A. Reduction and In-take Hearings);
→ Grievance(s) #00428, on record and #00029, on record;
→ Disciplinary actions while employed with DOC of: B. AKERS; T. LARGE; E. RASNICK; L. COLLINS; S. TAYLOR; D. STILL; and J. HICKS;
→ MEMORANDUM(S) dated: AUGUST 2012 and NOVEMBER 24th 2015 (concerning "STEP-DOWN" PROGRAM and REVISED 861.1);
→ Measurements and Photos of ALPHA-100 pods' entryway
→ Attachment #2, of 830.A of G. WALL #1133749, from 11/17/15 until present day (showing "Points" received while in "Step-Down" program)

(CONTINUED ON NEXT PAGE)

(1)        (Page: one of: 2)

Mr. Gary Wall #1190749
c/o Red Onion State Prison
Post Office Box 1900
Pound, Virginia 24279-1900

VA DOC HAS NOT
INSPECTED THIS LETTER
DOES NOT ASSUME
FOR ITS CONTENTS

KNOXVILLE
CENSORED OR
THE DEPARTMENT
ANY RESPONSIBILITY
PM 2 L



U.S. POSTAGE >> PITNEY BOWES
ZIP 24279   $ 000.47⁰
02 4W
0000337008 JUN 15 2018

2018 JUN 18 PM 12:58

To: United States District Court Clerk
(of the Western District of Virginia)
210 Franklin Road, S.W. Suite-540
Roanoke, Virginia 24011-2208

Attention
Legal Correspondence:
"LEGAL MAIL"

24011-220999

