> Request Policies: 420.2; 030.1; 030.4; 135.1, 038.1; and 160.2 or 350.2 and 430.1
> E. RASNICK's Medical Record prior to 8/14/15, incidents

dated: 6/12/18

Gary Wall #1137749

## DECLARATION IN SUPPORT OF MOTION TO COMPELL "SPECIFIC" DISCOVERY

Mr. Gary Wall #1137749, declares under the penalty of perjury:

1. I am the plaintiff in this case. I make this affidavit in support of my motion to compell discovery.

2. On APRIL 16th 2018, I served on the defendants' Counsel an initial Request for Production of Documents, which is on record as ECF. no. 43.

3. Defendants responded "Partially" to this request on or about MAY 16th 2018.

4. On MAY 3rd 2018, Plaintiff served on defendants' Counsel a SECOND Request for Production of Documents, which was served on or about MAY 13th 2018, in an attempt to resolve the dispute informally as required by local Rule before the Court ORDERED ~~rendeboro~~ June 25th 2018, Discovery Dead-line on record as ECF. no. 41.

5. Defendants Objected to each request either on the grounds that the discovery sought is irrelevant, burdensome, and Priviliqede or having no merit or grounds under RULE 26(b)(1), that permits discovery "If the discovery appears reasonably calculated to lead to the discovery of admissible evidence" and each item sought by Plaintiff is relevant to the Claims and defenses in this Case.

## CONCLUSION

For the foregoing reasons, the court Should GRANT Plaintiff's MOTION to Compell "Specific" Discovery.

dated: 6/12/18

Gary Wall #1137749
(Respectfully Submitted)

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of JUNE 2018, I mailed the foregoing: MOTION TO COMPELL "SPECIFIC" DISCOVERY with DECLARATION IN SUPPORT, to respondents: UNITED STATES DISTRICT COURT CLERK; 210 FRANKLIN ROAD, S.W. Suite-540, ROANOKE, VIRGINIA 24011-2208, by first Class mail.

Gary Wall #1137749
(Respectfully Submitted)

(2) (Page: Two of: 2)