### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **GARY WALL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 7:17cv00385** |
| **v.** | ) | |
| | ) | **ORDER** |
| **E. RASNICK, et al.,** | ) | |
| **Defendants.** | ) | **By: Hon. Pamela Meade Sargent** |
| | ) | **United States Magistrate Judge** |

This case is before the court on the following motions filed by the pro se plaintiff:

1.  Motion In Limine, (Docket Item No. 51);
2.  Motion To Compel "Specific" Requested Discovery, (Docket Item No. 52); and
3.  Motion For Holding In Contempt, (Docket Item No. 56) (collectively, "Motions").

Based on the court's review of the Motions, it is **ORDERED** as follows:

1.  Motion In Limine, (Docket Item No. 51), is **DENIED** as premature. To date, there is no evidentiary hearing set before the court in this matter. The plaintiff may refile a similar motion, if, and when, the defendants seek to offer this evidence;
2.  Motion To Compel "Specific" Requested Discovery, (Docket Item No. 52) ("Motion To Compel"), is **GRANTED in part and DENIED**

**in part**, and the defendants shall produce to the plaintiff, within 14 days of the date of entry of this Order, the information, recordings and documents listed in the Motion to Compel, except for the following:

a.   Memoranda dated August 2012 and November 24, 2015, concerning Step-Down program and revised Operating Procedure 861.1;

b.   Measurements and photographs of Red Onion State Prison's A-100 entryway; and

c.   Attachment #2 of 830.A of G. Wall from 11/17/15 to present; and

3.   Motion For Holding In Contempt, (Docket Item No. 56) (collectively, "Motions"), is **DENIED** because the court has no evidence before it that the defendants are in violation of any previous court order.

Copies of this Order will be provided to all counsel of record and to the unrepresented plaintiff.

**ENTERED:** This 24th day of October, 2018.

/s/ *Pamela Meade Sargent*

UNITED STATES MAGISTRATE JUDGE