IN THE UNITED STATES DISTRICT COURT of the WESTERN DISTRICT of VIRGINIA;

name: Mr. Gary Wall
number: 1133749
Place of Confinement: Red Onion State Prison,
Post Office Box 1900, Pound, Virginia 24279-1900

dated: November 1st 2018

MR. GARY WALL #1133749
Plaintiff
V.
E. RASNICK; Correctional Officer of R.O.S.P., et alli;
defendant(s)

Civil action no. 7:17-cv-00385

IN RE: MOTION OBJECTING TO OCTOBER 24th 2018, ORDER (Doc. No. 61) TRIAL BEFORE MAGISTRATE JUDGE IN ACCORDANCE WITH FED. R. CIV. P. RULE 73(b)

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 0 8 2018
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Now comes Mr. Gary Wall #1133749, pro se, Plaintiff Objecting to the OCTOBER 24th 2018, ORDER (Docket no. 61) to Schedule a TRIAL Before Magistrate Judge without Both parties Consent in accordance with FED. R. CIV. P. RULE 73(b).

Review of this Courts Docket will Show on OCTOBER 23rd 2018, (Doc. no. 58) U.S. District Judge Kiser referred this Case to a Magistrate Judge for a Report and Recommendation Only and this record is Void of Consent from Both parties under 28 U.S.C § 636(c)(2); to be tried before a Magistrate Judge

date: 11/1/18

Gary Wall #1133749
Respectfully Submitted

CERTIFICATE OF SERVICE

I hereby Certify that on this 2nd day of November 2018, I mailed a Copy of the foregoing: MOTION OBJECTING TO 10/23/18, ORDER (Doc. no. 61); to respondents: UNITED STATES DISTRICT COURT CLERK; 210 FRANKLIN ROAD, S.W. Suite-540, ROANOKE, VIRGINIA 24011-2208, By First Class Mail.

Gary Wall #1133749
Respectfully Submitted

(1) (page: one of: 1)

McGory Wall #1193749
% Red Onion State Prison
Post Office Box 1900
Pound, Virginia 24279-1900

VA DOC HAS NEITHER CENSORED OR
INSPECTED THIS ITEM. THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS   06 NOV '18
PM 1 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 24279   $ 00047⁰
02 4W
0000337008 NOV 06 2018

RECEIVED
NOV 05 2018
MAILROOM

To: United States District Court Clerk
(of the Western District of Virginia)
210 Franklin Road, S.W. Suite -540
Roanoke, Virginia 24011-2208

Attention
Legal Correspondence:
"LEGAL MAIL"

24011$2214 C009