IN THE UNITED STATES DISTRICT COURT OF THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK
dated: December 19th, 2018

name: Mr. Gary Wall
number: 1133749
Place of Confinement: Red Onion State Prison,
Post Office Box 1900, Pounds, Virginia 24279

Mr. Gary Wall #1133749
Plaintiff
v.
E. Rasnick; Correctional Officer of R.O.S.P., et al.;
Defendant(s)

Civil Action No. 7:17-CV-00385

IN RE: MOTION RE DEFENDANTS FAILURE TO COMPLY WITH A COURT ORDER; dated: OCTOBER 24th 2018 (SANCTIONS)

Now comes, Mr. Gary Wall #1133749, pro se, Plaintiff moving this honorable Court to GRANT Plaintiff SANCTIONS in accordance with FED.R.Civ.P. RULE 37 (b)(2)(A)(vii) and/or (iv), for Defendants FAILURE TO COMPLY WITH A COURT ORDER; dated: OCTOBER 24th 2018 (ECF. no. 60) under FEDERAL RULES OF CIVIL PROCEDURE, RULE 37 (b)(2)(A); To Provide "SPECIFIC" DISCOVERY REQUESTED.

Since the Defendants Continuously allege that they have "Complied with Plaintiffs Discovery Request" by providing "incompleted Discovery material on the Continued excuse of: "They Object to this discovery on the Grounds that it is Overbroad, not reasonably Followed to this issues Raised by this case... and because Complete Compliance would be overly burdensome on these Defendants", AFTER this Court GRANTED Plaintiff's "MOTION TO COMPELL" SPECIFIC" REQUESTED DISCOVERY (ECF. no. 52), must be treated as an Evasive or incomplete Discovery, Answer or Response in accordance with FED.R.Civ.P. RULE 37 (a)(4).

II. AFFIDAVIT IN SUPPORT OF MOTION FOR SANCTIONS

I, Mr. Gary Wall #1133749, affirm that I am the Plaintiff in this action and I know the Content of the following Statements; that they are true of my own knowledge, except to those matters that are stated in it to be based on my own information and belief; and to those matters, I also believe them to be true. I declare under penalty of perjury that the following is true and Correct:

(Continued on Next Page)

(1) (page: one of: 3)

cc: file

MOTION OF DEFENDANTS FAILURE TO COMPLY WITH A COURT ORDER (SANCTIONS)
Continuation of: II. AFFIDAVIT IN SUPPORT OF MOTION FOR SANCTIONS, from page: one

1. Affiant declares, Defendants has failed to Respond or provide a Response to Plaintiffs "Specifically" Requested Discovery Material of the Operational Procedures (420.1; 420.2; 038.1; 030.1; 030.4; 135.1; 160.2; and 350.2), or the initial "In-Take" Decision and appeal (page Two, of Grievances) or the Level-II, appeal for either Grievances #00423 or #00029, as Requested with the 11/7/18, Response.

2. Affiant declares, Defendants has failed to provide plaintiff with pages 2, and 4, of his written statement initially Requested in his MOTION TO COMPELL (ECF. no. 52) within Seven (7) additional days from the 11/7/18, Defendants Response.

3. Affiant declares, Plaintiff has yet to Receive Responses from Interrogatories from Defendants: T.LARGE or B.AKERS, initially Submitted on APRIL 16th 2018, on Record as ECF. no. 73.

4. Affiant declares, Defendants allege in ¶ 3(d), of there Response: "Defendants are NOT Certain what is being Requested," from the Investigative Report #150423 RED, but this Report and Plaintiffs' "Good-faith" letter dated: 5/29/18, as paragraph #1, Clearly and in specific detail express the discovery materials Sought as follows:

"The Internal Incident Report of Defendant E. Rosnick, to include but not limited to: IIR-ROSP-2015-000974; IIR-ROSP-2015-000976; and IIR-ROSP-2015-000977; also the Internal Incident Report used to Generate Disciplinary Offense Report ROSP-2015-1479, by Sgt. J.B. HALL; initially Requested in ¶ 2, of Pl.'s initial RFPD on Record as ECF. no. 43-02"

5. Affiant declares, Defendants have also failed to provide the Requested Video footage of: A & B Side Recreation yards; B-Buildings Vestibule; and B-Buildings Cell-308, as Requested on Record as ECF. no. 52, nor has the Defendants provided the Sony Hand held Video footage of: G. WALL #1133749, Removal from five-point Restraints by W.R.S.P.

(CONTINUED ON NEXT PAGE)

(2) (page Two of: 3)

M.O.
CC: File

MOTION OF DEFENDANTS FAILURE TO COMPLY WITH A COURT ORDER (SANCTIONS)
Continued from page: Two

6. Affiant declares, Defendants have failed to answer; Completely provide; or have given incomplete Discovery in every Discovery Response on Record Concerning this Civil action.

dated: 12/17/18

Harry Wolf #1133149
Respectfully Submitted

STATE OF VIRGINIA
County of: Wise to-wit:

Subscribed and Sworn to before me, a NOTARY PUBLIC, on this 18 day of December 2018.

_____
Notary Public

COMMISSION EXPIRES: 8/31/2021

*The above Notary is NOT a party to this action:
Harry Wolf #1133149

[Notary Seal: JOSHUA GILLIAM, NOTARY PUBLIC, REG. #7728049, MY COMMISSION EXPIRES 8/31/2021, COMMONWEALTH OF VIRGINIA]

III. SANCTIONS SOUGHT

Therefore, Defendants allegations of Complying with ANY of Plaintiffs' Discovery Request fully on Record Concerning the above Civil action at ANY TIME in their Responses is inaccurate and this Court Should GRANT Sanctions of treating this as Contempt of Court for failure to Obey any ORDER and Staying any further proceedings (Such as the 1/23/19, TRIAL DATE) until the ORDER is Obeyed; Since Defendants have failed to Comply with the Court ORDER dated: October 29th 2018, or provided Evasive or incomplete Disclosure, Answer or Response in accordance with FED. R. CIV. P. RULE 37 (b)(4):

dated: 12/17/18

Harry Wolf #1133149
Respectfully Submitted

CERTIFICATE OF SERVICE

I hereby Certify that on this 19th day of DECEMBER 2018, I mailed a Copy of the foregoing: MOTION OF DEFENDANTS FAILURE TO COMPLY WITH A COURT ORDER; to Respondents: UNITED STATES DISTRICT COURT CLERK; 210 FRANKLIN Road, S.W. Suite 500, Roanoke, Virginia 24011-2208, by first Class mail.

Harry Wolf #1133149
Respectfully Submitted

I certify that the above notary is not a party to this action.
_____
Inmate Signature

(3) (page three of 3)

VA DOC HAS NEITHER CENSORED OR INSPECTED THIS ITEM THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS

To: United States District Court Clerk
(For the Western District of Virginia)
210 Franklin Road, S.W. Suite 540
Roanoke, Virginia 24011-2208

RECEIVED
DEC 20 2018
MAILROOM

"LEGAL MAIL"