

# COMMONWEALTH of VIRGINIA

HAROLD W. CLARKE  
DIRECTOR

*Department of Corrections*

P. O. BOX 26963  
RICHMOND VIRGINIA 23261  
(804) 674-3000

September 25, 2014

## MEMORANDUM

**TO:** Operating Procedures Users

**FROM:** A. David Robinson, Chief of Corrections Operations   *Signature Copy on File*

**SUBJECT:** Change to Operating Procedure 866.1, *Offender Grievance Procedure*

Effective immediately, Operating Procedure 866.1, *Offender Grievance Procedure* is changed as listed below. These changes have been made to the documents located in the Virtual Library. The offender population should be notified of these changes.

**Operating Procedure 866.1, Section VI., B., 7., highlighted text added**

7. Special Concerns during the Intake Process
    a. Allegations of Sexual Abuse, Physical Assault, or Criminal Activity
        i. Grievances alleging sexual abuse, physical assault, or criminal activity by employees or offenders should be brought to the attention of the Facility Unit Head when received.
        ii. The grievance should be logged and receipted according to the intake criteria and time limits.
    b. Disciplinary Action
        i. If a grievance is received which threatens harm to any person or contains vulgar and/or insolent language toward an employee, the offender may be charged under Operating Procedure 861.1, Offender Discipline, Institutions.
        ii. The original grievance is forwarded to designated staff for review and possible disciplinary charge.
        iii. The offender is to be advised of this action by a copy of the Regular Grievance and referral notice on the back of the Regular Grievance form.
    c. If a grievance is received that references a specific audio or video recording, a copy of the recording shall be made and maintained at the facility.

**Operating Procedure 866.1, Section VIII., A., 2., highlighted text added**

2. Retention - Copies of grievances, both regular and emergency, and audio/ video records, if applicable will be maintained at the unit for a minimum of three years following final disposition of the grievance. Grievances concerning matters known to be under investigation or litigation will be maintained until completion of the investigation or litigation if that event exceeds the 3-year timeframe.

mh



Enclosure

Pl.'s ATTACHED #1