IN THE UNITED STATES DISTRICT COURT of the WESTERN DISTRICT OF VIRGINIA

Name: MR. GARY WALL
Number: 1133749
Place of Confinement: SUSSEX-I STATE PRISON,
24414 Musselwhite Drive, Waverly, Virginia 23891

dated: November 20th 2019

MR. GARY WALL #1133749
Plaintiff
v.
Jeffery ARTRIP; et alii;
defendants

Civil Action no. 7:15-CV-00385

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 25 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

In Re: PLAINTIFF'S FINAL SETTLEMENT PROPOSAL

Now Comes, MR. GARY WALL #1133749, pro se, Plaintiff Submitting this Final Settlement Proposal to the defendants' offer during MEDIATION on NOVEMBER 4th 2019, in a Reasonable attempt to Settle the above Stated matter before the MARCH 9-10th 2020, Scheduled Trial.

Plaintiff propose a Settlement in the amount of: $2,500.00 (Twenty-five hundred dollars) for the Remaining Two (2) Counts of RETALIATIONS, by Retaliating for Seeking Redress of Grievance from the Courts against defendants J. ARTRIP and D. LYNCH, in Violation of Plaintiff's First Amendment Rights under the UNITED STATES CONSTITUTION.

Defendants agree to pay the above Stated amount directly to plaintiff's INMATE TRUST ACCOUNT at his Current Housing assignment: SUSSEX-I STATE PRISON, 24414 MUSSELWHITE DRIVE, WAVERLY, VIRGINIA 23891, within 30 days of agreement of this offer.

If no Response to this offer is Received by Plaintiff nor a Counter-offer made by December 10th 2019, from Defendants, Plaintiff will accept this as NO SETTLEMENT can be Reached by the parties.

dated: 11/20/19

Gary Wall #1133749
Respectfully Submitted

CERTIFICATE OF SERVICE

I hereby Certify that on this 20th day of NOVEMBER 2019, Emailed a Copy of the foregoing: PLAINTIFF'S FINAL SETTLEMENT PROPOSAL; to Respondents: UNITED STATES DISTRICT COURT CLERK; 210 FRANKLIN Road, S.W. Suite-540, ROANOKE, VIRGINIA 24011-2208; and a Copy to: THE ATTORNEY GENERALS OFFICE OF VIRGINIA; (ATTN: Mrs. Margaret Hoehl O'Shea, Counsel for defendants) 202 NORTH 9th STREET, RICHMOND, VIRGINIA 23219, by First Class Mail.

Gary Wall #1133749
Respectfully Submitted

(1)(page: One of: 2)

Legal Mail
"Legal Correspondence"

Legal Mail #175749 (Indigent Prisoner)
From: Huston L. Statzer Reg. # [illegible]
Sussex - I State Prison
24414 Musselwhite Drive
Waverly, Virginia 23891

To: United States District Court Clerk,
(of the Western District of Virginia)
210 Franklin Road, S.W. Suite-540
Roanoke, Virginia 24011-2208

RICHMOND
VA 230
21 NOV '19
PM 7 L

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 23891
02 4W
0000356719
$ 000.50⁰
NOV 21 2019

24011324O3