IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GARY WALL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:17cv00385 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| E. RASNICK, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendants. | ) | |

For the reasons set forth in the accompanying Memorandum Opinion entered this date, the Report and Recommendation [ECF No. 87] is ADOPTED in PART and DENIED in PART. The Court adopts the Report and Recommendation in all respects except the award of punitive damages. Plaintiff's Objections [ECF No. 91] are OVERULED and judgment is hereby entered for all defendants and for counter-plaintiffs. The clerk is instructed to strike this case from the active docket of the court.

The clerk is directed to forward a copy of this Order to Plaintiff and all other counsel of record.

It is so ORDERED.

**ENTERED** this 23rd day of March, 2021.

*/s/ Thomas T. Cullen*
UNITED STATES DISTRICT JUDGE