IN THE UNITED STATES [illegible]

name: Mr. Gary Wall
number: 1133749
Place of Confinement: Wallens Ridge State Prison,
Post office Box 759, Big Stone Gap, Virginia 24219

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 22 2022
JULIA C. DUDLEY, CLERK
BY: A Beeson
DEPUTY CLERK

dated: August 16th 2022

Mr. Gary Wall #1133749
Plaintiff
v.
E. Rasnick; Correctional officer of R.O.S.P.; et al.;
defendants

Civil action no. 7:17-cv-00385

IN RE: Plaintiff's REQUEST FOR A 30 DAY STAY OF REMANDED CASE

Now Comes, Mr. Gary Wall #1133749, pro se, Plaintiff humbly asking this Court for a 30 day Stay of the REMANDED Civil action from the Fourth Circuit as Plaintiff is in the process of Obtaining Pro Bono Counsel from Kathryn Ali and Elizabeth Lockwood, esq. to assure both myself and Counsel Can finalize this issue and prepare for any up coming hearings Concerning this REMANDED Case MANDATED on August 15th 2022.

Dated: 8/16/22

Gary Wall #1133749
Respectfully Submitted

CERTIFICATE OF SERVICE

I hereby Certify that on this 16th Day of August 2022, I mailed a Copy of the foregoing: MOTION FOR A 30 day STAY in Civil action 7:17-cv-00385; to Respondents: United States District Court Clerk; 210 Franklin Road, S.W., Suite-540, Roanoke, Virginia 24011-2208, by first Class mail.

Gary Wall #1133749
Respectfully Submitted

Mr. Gary Wall #1733749
% Wallens Ridge State Prison,
Post Office Box 759
Big Stone Gap, Virginia 24219-7200



US POSTAGE ᴾᴮ PITNEY BOWES
ZIP 24219  $ 000.57⁰
02 4W
0000369381 AUG 18 2022

To: United States District Court Clerk
(of the Western District of Virginia)
210 Franklin Road, S.W. Suite 540
Roanoke, Virginia 24011-7200

RECEIVED
AUG 18 2022
MAILROOM

Attention:
Legal Correspondence:
"LEGAL MAIL"

2401i$2209