# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| GARY WALL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17cv00385 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| E. RASNICK, et al., | ) | By: Hon. James P. Jones |
|     Defendants. | ) | Senior United States District Judge |
| | ) | |

This case is before the court on remand from the United States Court of Appeals for the Fourth Circuit. It is **ORDERED** that this matter is recommitted to the Hon. Pamela Meade Sargent, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1), for further proceeding, including, if necessary, preparation of amended findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). It is **FURTHER ORDERED** that the plaintiff's motions for discovery sanctions, (Docket Item Nos. 75, 77) ("Motions"), are re-opened and are recommitted Magistrate Judge Sargent, for further consideration.

Copies of this Order will be provided to all counsel of record and to the unrepresented plaintiff.

**ENTERED:** This 23rd day of August, 2022.

/s/ James P. Jones
S<small>ENIOR</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>