**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **GARY WALL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 7:17cv00385** |
| **v.** | ) | |
| | ) | **ORDER** |
| **E. RASNICK, et al.,** | ) | |
| **Defendants.** | ) | **By: Hon. Pamela Meade Sargent** |
| | ) | **United States Magistrate Judge** |

This case is before the court on the pro se plaintiff's motion for a 30-day stay, (Docket Item No. 134) ("Motion"). Based on the arguments and representations contained in the Motion, the Motion is **DENIED**. The court, however, will allow the parties 45 days from the date of entry of this Order to file any further arguments and/or evidence they wish the court to consider on the plaintiff's motions for discovery sanctions, (Docket Item Nos. 75, 77).

Copies of this Order will be provided to all counsel of record and to the unrepresented plaintiff.

**ENTERED:** This 24th day of August, 2022.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE