IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARY WALL, <br><br> *Plaintiff*, <br><br> v. <br><br> E. RASNICK, *et al.*, <br><br> *Defendants*. | CASE NO. 7:17-cv-00385 |

## ORDER

This case has been set for an evidentiary hearing on May 4-5, 2023, beginning at 9 a.m. before the Honorable Pamela Meade Sargent, United States Magistrate Judge, at the United States District Courthouse in Abingdon, Virginia.

The Warden of Wallens Ridge State Prison, is requested to have

**GARY WALL #1133749**

transported along with any necessary legal papers to the United States District Court, 180 W. Main Street, Abingdon, Virginia, so that he may be present in court by 8:30 a.m. on May 4-5, 2023. If the person being transported is on medications or utilizes any medical devices, then it is further **ORDERED** that the Warden shall ensure that the person receive the medications in a timely fashion, whether before transport, during transport, or when housed in a different facility overnight, and shall ensure that the person has access, while in the courtroom, to any medical devices to which he or she typically has access. Such medical devices include, but are

not limited to, prescription or reading glasses, and any devices designed to assist with hearing or mobility.

The Warden of Wallens Ridge State Prison shall notify this court if the plaintiff is released or transferred from the facility prior to trial.

Counsel shall file a request for any inmate witnesses with the court at least 30 days prior to the hearing date. At least 14 days prior to the hearing, counsel shall file with the court and exchange with opposing counsel a list of all witnesses and exhibits each plans to use at the hearing.

Copies of this Order will be certified to the U. S. Marshal, the Warden of Wallens Ridge State Prison, all counsel of record.

**ENTERED:** March 15, 2023.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE